IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **DIRECTV, INC.** | § § § |
| **Plaintiff,** | § § § Civil Action No. 03-02278-KHV § |
| **BRIAN HOSEY, et al.,** | § § § |
| **Defendants.** | § |

### AGREED JUDGMENT AS TO DEFENDANT
### BRIAN HOSEY

On this day, came on to be heard the above entitled and numbered cause, wherein DIRECTV, Inc. is the Plaintiff and Brian Hosey the Defendant.

DIRECTV, Inc., by its attorney, and Brian Hosey, Defendant, pro se, announce to the Court that they have resolved their controversy and have reached an Agreed Judgment herein, and the Court, having considered same, is of the opinion that it should be granted. It is, therefore,

ORDERED, ADJUDGED AND DECREED that the Plaintiff, DIRECTV, Inc., shall have and recover from the Defendant, Brian Hosey, judgment as follows:

1. The sum of $100,000.00 as damages incurred by DIRECTV, Inc.;

2. Post judgment interest at the statutory rate per year from the date of this Agreed Judgment until paid;

3. DIRECTV, Inc. shall have all writs of execution and other process necessary to enforce this judgment.

SIGNED this  21st  day of  September , 2005.

                                                              s/ Kathryn H. Vratil

                                         **UNITED STATES DISTRICT JUDGE**

**APPROVED AS TO FORM AND SUBSTANCE:**

Todd M. Johnson
Baty, Holm & Numrich, P.C.
Attorneys for DIRECTV, Inc.

By: _____

By: _____
     Brian Hosey, Defendant Pro Se